# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

February 19, 2012

**By Hand & ECF**
Judge Sterling Johnson Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re: <u>U.S.A. v. Marat Mikhaylich 11-CR-311 (SJ)</u>

Your Honor:

    I write on behalf of the defendant and with the consent of the government to confirm my request for an adjournment of Mr. Mikhaylich's sentence, currently scheduled for February 23, 2012. I have a pressing family matter to attend to on that date.

    I request that the matter be adjourned to the week March 12, 2012, or another date convenient to the Court. I thank Your Honor in advance for Your consideration in this matter.

                                        Respectfully Submitted,

                                        Michelle Gelernt
                                        Staff Attorney
                                        (718) 330-1204

cc:  Clerk of the Court via ECF
      AUSA Darren LaVerne
      USPO Cheryl M. Fiorillo
      Marat Mikhaylich